# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | | |
|---|---|---|
| **ALPHONSE GAINER,** | ) | |
| | ) | |
| Petitioner, | ) | Case No. 7:19CV00449 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **M. BRECKON, WARDEN USP LEE,** | ) | By: James P. Jones |
| | ) | United States District Judge |
| Respondent. | ) | |

No party has filed timely objections to the Report and Recommendation ("Report") filed September 8, 2020. Accordingly, it is **ORDERED** as follows:

1. The Report, ECF No. 15, and its findings and recommendations are wholly ACCEPTED and APPROVED; and

2. The respondent's Motion for Summary Judgment, ECF No. 10, is GRANTED.

A separate Judgment will be entered herewith.

DATED: September 30, 2020

/s/ James P. Jones
United States District Judge